AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>RAYMOND LAIRD DAVIS, JR.<br><br>Defendant | )<br>)  Case No.  1:25-CR-203<br>)<br>)<br>)<br>) |

2025 JUL 14 12:22
UNITED STATES MARSHAL

FILED 2025 JUL 28 A 10:47

## ARREST WARRANT

To:   Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   RAYMOND LAIRD DAVIS, JR.                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

   Count 1: Possession with Intent to Distribute Cocaine (21 U.S.C. § 841(a), (b)(1)(C))
   Count 2: Possession with Intent to Distribute Fentanyl (21 U.S.C. § 841(a), (b)(1)(C))
   Count 3: Possession with Intent to Distribute 3,4- Methylenedioxymethamphetamine (21 U.S.C. § 841(a), (b)(1)(C))
   Count 4: Using and Carrying a Firearm During and in Relation to a Drug Trafficking Crime (18 U.S.C. § 924(c)(1)(A))
   Count 5: Felon in Possession of a Firearm (18 U.S.C. § 922(g)(1))

Date:  7/10/25                                      _Dani Z_____
                                                         *Issuing officer's signature*

City and state:   Alexandria, VA                    Dani Zirk, Deputy Clerk_____
                                                         *Printed name and title*

---

**Return**

This warrant was received on *(date)* 07/28/2025, and the person was arrested on *(date)* 07/28/2025
at *(city and state)*  MANASSAS, VA                        .

Date:  07/28/2025                                  _____
                                                         *Arresting officer's signature*

                                                   DEP. C. SEISE_____
                                                         *Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____    Weight: _____

Sex: _____    Race: _____

Hair: _____    Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____