IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAYMOND LAIRD DAVIS, JR.,<br><br>Defendant. | No. 1:25-cr-203 |

## STATEMENT OF FACTS

The United States and the defendant, RAYMOND LAIRD DAVIS, JR. ("DAVIS"), agree that at trial, the United States would have proven the following facts beyond a reasonable doubt with admissible and credible evidence:

1. On or about February 14, 2025, officers with the Prince William County Police Department executed an arrest warrant for DAVIS at a gas station in Woodbridge, Virginia, within the Eastern District of Virginia.

2. During the arrest warrant's execution, officers seized the following items from DAVIS's person and vehicle, each of which DAVIS knowingly possessed:

   a. 11.42 grams of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (more commonly known as fentanyl), a Schedule II controlled substance, and cocaine, a Schedule II controlled substance, which he intended to distribute;

   b. 2.98 grams of a mixture and substance containing a detectable amount of cocaine, fentanyl, and medetomidine, which he intended to distribute;

   c. 4.56 grams of a mixture and substance containing a detectable amount of fentanyl and medetomidine, which he intended to distribute;

1

  d. 2.69 grams of 3,4-methylenedioxymethamphetamine (more commonly known as MDMA), a Schedule I controlled substance, which he intended to distribute;

  e. a Glock 27 .40 caliber pistol bearing serial number BMAV115;

  f. a Glock-style privately made firearm stamped "Geisler Defense" and "Made in Israel" and bearing no serial number;

  g. a Masterpiece Arms 9mm pistol bearing serial number B13099;

  h. nine rounds of mixed .40W caliber ammunition;

  i. 32 rounds of 9mm ammunition; and

  j. a total of $10,811.53 in U.S. currency.

3. The firearms listed in the preceding paragraph were shipped and transported in interstate and/or foreign commerce. DAVIS's knowing possession of the Glock 27 .40 caliber pistol bearing serial number BMAV115 was in furtherance of his drug trafficking, including his possession with intent to distribute cocaine, insofar as he kept the loaded firearm on his person with his drugs and the proceeds of his drug dealing to protect those drugs and proceeds from would-be robbers.

4. This statement of facts includes those facts necessary to support the plea agreement between DAVIS and the United States. It does not include each and every fact known to DAVIS or to the United States, and it is not intended to be a full enumeration of all of the facts surrounding DAVIS's case.

5. The actions of DAVIS, as recounted above, were in all respects knowing and deliberate, and were not committed by mistake, accident, or other innocent reason.

Respectfully submitted,

Erik S. Siebert

By: _____/_____
Ronald L. Walutes, Jr.
Assistant United States Attorney

Date: August __, 2025
  Sep 15

By: ___*[signature]*_____
Lauren N. Weed
Special Assistant United States Attorney

3

After consulting with my attorney and pursuant to the plea agreement entered into this day between me and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
Raymond Laird Davis, Jr.
Defendant

I am the defendant's attorney. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____
Cadence Mertz, Esq.
Counsel for the Defendant